IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NICE | ) | CASE NO. 5:18 CV 01565 |
| Plaintiff | ) | |
| | ) | JUDGE SARA LIOI |
| v. | ) | |
| CITY OF AKRON, et al. | ) | **FIRST JOINT STATUS REPORT** |
| Defendants | ) | |

Now come the Parties, by and through undersigned counsel, and submit the following Joint Status Report:

1. **DISCOVERY**

On November 15, 2018, Defendant, City of Akron served interrogatories and requests for production of documents on Plaintiff.  On November 19, 2018 Plaintiff served interrogatories and requests for production of documents on each Defendant.

2. **SETTLEMENT NEGOTIATIONS**

There have been no settlement discussions between the Parties.

3. **OUTSTANDING MOTIONS**

On November 30, 2018, Plaintiff filed a Motion for Leave of Court to File Amended Complaint.

4. **CASE DEVELOPMENTS**

There are no case developments that would give rise to a request to deviate from the Case Management Plan.

Respectfully submitted,

**EVE V. BELFANCE**
Director of Law

| | |
|---|---|
| /S/ Shawn Romer | /S/ Michael J. Defibaugh |
| Shawn Romer (0084251) | John Christopher Reece - No. 0042573 |
| Romer Law Firm, LLC | JReece@akronohio.gov |
| 2012 W. 25th St., Ste. 716 | Michael J. Defibaugh – No. 0072683 |
| Cleveland, OH 44113 | MDefibaugh@akronohio.gov |
| Tel: 216-644-3722 | Assistant Directors of Law |
| Fax: 216-803-6674 | 161 S. High Street, Suite 202 |
| Email: sromer@romerlawfirm.com | Akron, OH 44308 |
| Attorney for Plaintiff | (330) 375-2030 FAX: (330) 375-2041 |
| | Attorneys for Defendants |

/S/ Scott Perlmuter
Scott Perlmuter (0082856)
Tittle & Perlmuter
2012 W. 25th St., Ste. 716
Cleveland, OH 44113
Tel: 216-308-1522
Fax: 888-604-9299
Email: scott@tittlelawfirm.com
Attorney for Plaintiff

## PROOF OF SERVICE

The undersigned certifies that the foregoing Joint Status Report was filed electronically on December 10, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Michael J. Defibaugh
Michael J. Defibaugh
