IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NICE | ) | CASE NO. 5:18 CV 1565 |
| Plaintiff | ) | |
| v. | ) | JUDGE: SARA LIOI |
| CITY OF AKRON, et al. | ) | **SECOND NOTICE OF DEPOSITION** **OF PLAINTIFF, JAMES NICE** |
| Defendants | ) | |

Please take notice that the Defendants will take the deposition of the Plaintiff, James Nice in the above-captioned matter, upon oral examination, pursuant to the Federal Rules of Civil Procedure.  The deposition will occur before a court report, notary public or some other officer authorized by law to administer oaths.

The date, time and location of the deposition is:

DATE:        May 30, 2019
TIME:         9:00 a.m.
LOCATION:  City of Akron Department of Law
                    161 S. High Street, Suite 202
                    Akron, Ohio  44308

The oral examination will continue from day-to-day until completed.

In accordance with Civil Rules 30(b) and 37(d), no subpoena is required to be served upon the Plaintiff for attendance at the deposition scheduled herein and that pursuant to the provisions of Civil Rule 5(b); notice to counsel of this deposition constitutes notice to the Plaintiff.

Respectfully submitted,

Eve V. Belfance
Director of Law


/S/John Christopher Reece_____
John Christopher Reece - No. 0042573
JReece@akronohio.gov
Michael J. Defibaugh – No. 0072683
MDefibaugh@akronohio.gov
Assistant Directors of Law
161 S. High Street, Suite 202
Akron, OH  44308
(330) 375-2030 FAX: (330) 375-2041

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Second Notice of Deposition was filed electronically on this 9th day of May, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/S/John Christopher Reece
John Christopher Reece - No. 0042573