IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NICE | ) | CASE NO. 5:18 CV 1565 |
| Plaintiff | ) | |
| | ) | JUDGE SARA LIOI |
| v. | ) | |
| CITY OF AKRON, et al. | ) | **FIFTH JOINT STATUS REPORT** |
| Defendants | ) | |

Now come the Parties, by and through undersigned counsel, and submit the following Joint Status Report:

1. **DISCOVERY**

    Both parties served written discovery requests and responses. The parties have supplemented those responses.

    The following depositions have occurred: Mayor Horrigan, Chief Ball, Deputy Chief Caprez, Sgt. Simcox, Jim Nice, Joe Nice and Karen Hoagland.

    The following depositions have not been set as of this filing: Deputy Mayor for Public Safety Charles Brown, Deputy Mayor for Labor Relations Randy Briggs, Detective Pam Brown and Matthew Meyer, Cuyahoga County Prosecutor's Office.

2. **SETTLEMENT NEGOTIATIONS**

    There have been no settlement discussions between the Parties.

3. **OUTSTANDING MOTIONS**

Non-Parties Matthew Myer and the Cuyahoga County Prosecutor's Office filed a Motion to Quash the deposition subpoena for Matthew Myer and the subpoena *duces tecum* for Cuyahoga County Prosecutor's Office served upon them by Plaintiff. The Non-Parties have also filed a Motion for a Protective Order. (Doc. 29). Plaintiff's counsel intends to file a response opposing these Motions.

4. **CASE DEVELOPMENTS**

The Parties have reached an agreement with counsel for JN for the limited use of his sealed criminal records for purposes of this case. Therefore, counsel does not need to submit this matter for the Court's consideration. The Motion filed by the Non-Parties discussed above, may give rise to a request to deviate from the Case Management Plan.

Respectfully submitted,

**EVE V. BELFANCE**
Director of Law

/S/ Shawn Romer
Shawn Romer (0084251)
Romer Law Firm, LLC
2012 W. 25th St., Ste. 716
Cleveland, OH 44113
Tel:  216-644-3722
Fax:  216-803-6674
Email:  sromer@romerlawfirm.com
Attorney for Plaintiff

/S/ Scott Perlmuter
Scott Perlmuter (0082856)
Tittle & Perlmuter
2012 W. 25th St., Ste. 716

/S/ Michael J. Defibaugh
John Christopher Reece  - No. 0042573
JReece@akronohio.gov
Michael J. Defibaugh – No. 0072683
MDefibaugh@akronohio.gov
Assistant Directors of Law
161 S. High Street, Suite 202
Akron, OH  44308
(330) 375-2030 FAX:  (330) 375-2041
Attorneys for Defendants

Cleveland, OH 44113
Tel:  216-308-1522
Fax:  888-604-9299
Email:  scott@tittlelawfirm.com
Attorney for Plaintiff

**PROOF OF SERVICE**

      The undersigned certifies that the foregoing Joint Status Report was filed electronically on June 6, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      S/ Michael J. Defibaugh