IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NICE | ) | CASE NO.: 5:18-CV-1565 |
| | ) | |
| Plaintiff | ) | JUDGE SARA E. LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF AKRON, et. al | ) | **JOINT STATUS REPORT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come the Parties, by and through undersigned counsel, and submit the following Joint Status Report:

**I.      Discovery**

Both parties served written discovery requests and responses. The parties have supplemented those responses.

The following depositions have occurred: Mayor Horrigan, Chief Ball, Deputy Chief Caprez, Sgt. Simcox, Jim Nice, Joe Nice and Karen Hoagland, Deputy Mayor for Public Safety Charles Brown, Deputy Mayor for Labor Relations Randy Briggs, and Detective Pam Brown.

The parties await the Court's ruling on third-party witnesses Matthew Meyer's and the Cuyahoga County Prosecutor's Office's motion for a protective order and to quash subpoena for a deposition and documents.  If that deposition is allowed to proceed, it will be conducted.

Otherwise, all discovery has been completed.

II. **Settlement Negotiations**

No settlement negotiations have transpired in the case thus far.

III. **Outstanding Motions**

Non-Parties Matthew Myer and the Cuyahoga County Prosecutor's Office filed a Motion to Quash the deposition subpoena for Matthew Myer and the subpoena *duces tecum* for Cuyahoga County Prosecutor's Office served upon them by Plaintiff. The Non-Parties have also filed a Motion for a Protective Order. (Doc. 29). Plaintiff's counsel has responded, and the matter is ripe for decision. This Court has ruled that dispositive motions will be due 21 days from its order on the motion to quash and for protective order.

IV. **Case Developments**

There have been no significant case developments other than as mentioned above since the parties' last status report.

Respectfully submitted,

| | |
|---|---|
| */s/ Shawn Romer* | */s/ Michael Defibaugh* |
| Shawn A. Romer (0084251) | John Christopher Reece (0042573) |
| Romer Law Firm, LLC | Michael J. Defibaugh (0072683) |
| 2012 W. 25th St, Ste. 716 | 161 S. High St., Ste. 202 |
| Cleveland, OH 44113 | Akron, OH 44308 |
| Ph: (216) 644-3722 | (330) 375-2030 (phone) |
| Fx: (216) 803-6674 | (330) 375-2041 (fax) |
| sromer@romerlawfirm.com | jreece@akronohio.gov |
| Attorney for Plaintiff | mdefibaugh@akronohio.gov |
| | Attorneys for Defendants |

*/s/ Scott Perlmuter*
Scott Perlmuter (0082856)
Tittle & Perlmuter
2012 W. 25th St., Ste. 716
Cleveland, OH 44113
Tel: 216-308-1522
Fax: 888-604-9299
Email: scott@tittlelawfirm.com

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically with the Court on July 22, 2019.  Notice of this filing will be sent to all parties by the Court's electronic filing system.

Respectfully submitted,

*/s/ Shawn A. Romer*
Shawn A. Romer (0084251)
